UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   18-53399-LRC

DEBTOR:   RITA CHANEL WILLIAMS

At the hearing on Confirmation held on June 12, 2018, Trustee requested that the hearing be reset to July 24, 2018. However, Trustee also announced an agreement that if Debtor failed to file proposed Plan amendments and pay at least $2,240.00 within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Funding remains delinquent.

Please enter an Order of Dismissal.

Dated:  This the ____ day of July, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

```
Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RITA CHANEL WILLIAMS | ) ) ) | CASE NO.: 18-53399-LRC |
| DEBTOR. | ) ) | |

18-53399-LRC  **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

RITA CHANEL WILLIAMS
6402 SHERWOOD TRAIL
AUSTELL, GA  30168

DEBTOR(S) ATTORNEY:

THE SEMRAD LAW FIRM, LLC
STERLING POINT II
SUITE 201
303 PERIMETER CENTER NORTH
ATLANTA, GA  30346

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

July 11, 2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450